**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TERESA APODACA,

          Plaintiff,

     v.

ANDREW SAUL,
Commissioner of Social Security,

          Defendant

Case No.: 5:20-cv-01355-JC

ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    June 23, 2021

                        /s/
          HONORABLE JACQUELINE CHOOLJIAN
          UNITED STATES MAGISTRATE JUDGE